

# MANDATE

## Court of Appeals

## First District of Texas

NO. 01-14-00851-CV

KORI LYNN PLOWMAN F/K/A KORI LYNN UGALDE, Appellant

V.

PHILIP ANDREW UGALDE, Appellee

Appeal from the 312th District Court of Harris County.  (Tr. Ct. No. 2012-38295).

**TO THE 312TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 15th day of October 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on June 30, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, Kori Lynn Plowman f/k/a Kori Lynn Ugalde, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 15, 2015.

Panel consists of Justices Jennings, Higley, and Brown.
Opinion delivered by Justice Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court

in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 31, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

